1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile: (415) 956-1664
4  E-Mail:    jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

6             UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  EFREN TAYAG and MARIA TAYAG,          CV  08  2815

9            Plaintiffs,

10                                        COMPLAINT FOR DECLARATORY
           vs.                            JUDGMENT AN D INJUNCTION
11
   ROSEMARY MELVILLE, District Director,
12 United States Citizenship and Immigration
   Services, and MICHAEL B. MUKASAY,
13 Attorney General,

14           Defendants

15 _____/

16
           Plaintiffs allege:
17
           1. This action is brought pursuant to the provisions of 28 U.S.C. § 1331 and 5 U.S.C.
18
   §§ 701 - 706.
19
           2. Plaintiffs Efren Tayag and Maria Tayag are husband and wife. Efren Tayag is a citizen
20
   of the United States and plaintiff Maria Tayag is a citizen of the Philippines.
21
           3. Defendant Rosemary Melville is the District Director of the San Francisco district office
22
   of the United States Citizenship and Immigration Services, (USCIS), a component of the Department
23
   of Homeland Security. Defendant Michael B. Mukasey is the Attorney General of the United States.
24
   Defendants are charged with the duty to administer and enforce the Immigration and Nationality Act,
25
   including the adjudication of a visa petition filed a United State citizen pursuant to 8 U.S.C.
26
   §1154(a)(1)(A)(i) , and the adjudication of an application for adjustment of status to lawful
27

28                                        1

1    permanent resident filed ay an alien pursuant to 8 U.S.C. §§1255.

2        4. 8 U.S.C. §1154(a)(1)(A)(i) vests defendant Rosemary Melville with the authority to accord
3    immediate relative status under 8 U.S.C. §1151(b)(2)(A)(i) to the spouse or child of a United States
4    citizen. To accord immediate relative status a United States citizen is required to file a petition on
5    a Form I-130 with the USCIS in accordance with the provisions of 8 C.F.R. §204.1.

6        5. 8 U.S.C. §§1255(a) vests defendant Rosemary Melville with discretion to adjust an alien's
7    status to that of an alien lawfully admitted for permanent residence. To apply for adjustment of status
8    an alien is required to file an application on Form I-485 in accordance with the provisions of 8
9    C.F.R. §245.2.

10        6. On February 28, 2003 plaintiff Efren Tayag petitioned the USCIS to accord preference
11    classification on plaintiffs' daughter, Marie Cynthia Kristel Engay Tayag. The petition was upgraded
12    to a immediate relative petition when plaintiff Efren naturalized, and on September 9, 2004 the
13    petition was transferred by the USCIS to the USCIS office in San Francisco, California for
14    adjudication. See attached Exhibit A.

15        7. On December 9, 2004 plaintiff Efren Tayag petitioned the USCIS to accord immediate
16    relative status on plaintiff Maria Tayag, and on that date plaintiff Maria Tayag simultaneously
17    applied for adjustment of status. See attached Exhibit B.

18        8. The USCIS has not adjudicated plaintiff Efren Tayag's visa petitions or plaintiff Maria
19    Tayag's application for adjustment of status, and the petitions and application remain pending at the
20    USCIS office in San Francisco, California.

21        9. Defendants have breached their legal duty to adjudicate plaintiffs' petitions and
22    application, and defendants' failure to adjudicate plaintiffs' petitions and application is unlawful,
23    arbitrary and capricious.

24        10. There is no administrative appeal from defendants' decision.

25        11. There is a real and actual controversy between the parties. Plaintiffs have no adequate
26    remedy at law. Plaintiffs have suffered and will continue to suffer irreparable injury as result of the

27

28                                              2

1  acts of the defendant complained herein.

2  WHEREFORE, plaintiffs pray judgment.

3      1. Declaring that defendant Rosemary Melville has violated 8 U.S.C. §1154(a)(1)(A)(i) and

4  8 C.F.R. §204.1 in her adjudication of plaintiff Efren Tayag's visa petitions.

5      2. Declaring that defendant Rosemary Melville has violated 8 U.S.C. §1255(a) and 8 C.F.R.

6  §245.2 in her adjudication of plaintiff Maria Tayag's application for adjustment of status.

7      3. Preliminarily and permanently enjoining defendants, their agents, and delegates to

8  adjudicate plaintiffs' petitions and application forthwith.

9      4. Awarding plaintiffs their costs and reasonable attorneys fees incurred in this action;

10     5. Granting such other and further relief as may be appropriate.

11  Dated: June 5, 2008

12

13  _____
    JONATHAN M. KAUFMAN
    Attorney For Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3

# EXHIBIT A

USCIS Case Status Service Online

# U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQ   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE

Immigration Services
and Benefits

**National Customer
Service Call Center
(NCSC)**

  Call Scripts and
  Information

**Case Status Online**

  Case Status
  Search

  Register

  Login

  Case Status
  FAQs

**Case Status**

Receipt Number: wac0313151312

Application Type: I130, IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN

Current Status:

On September 9, 2004, we transferred your I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN to an office in SAN FRANCISCO, CA for processing. That office will notify you when they take action on your case. You should receive a notice informing you that your case has been transferred to a local office. Please call the National Customer Service Center at (800) 375-5283, to receive information about local office processing times.

---

If you have questions or concerns about your application or the case status results listed above, or if you have not received a decision or advice from the USCIS within the projected processing time frame*, please contact the National Customer Service Center.

National Customer Service Center (800) 375-5283

* The projected processing time frame can be found on the receipt notice that you received from the USCIS.



**10-06-2004 01:46 PM EDT**

U.S. Department of Justice
Immigration and Naturalization Service (INS)

Petition for Alien Relative

OMB No. 1115-0054

## DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A# | | |
| G-28 or Volag# | | |

**Section of Law**
- [ ] 201 (b) spouse
- [ ] 201 (b) child
- [ ] 201 (b) parent
- [ ] 203 (a)(1)
- [ ] 203 (a)(2)
- [ ] 203 (a)(4)
- [ ] 203 (a)(5)

A.M. CON: _____

Petition was filed on: _____     (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigations
- [ ] 204(a)(2)(A)Resolved
- [ ] Previously Forwarded
- [ ] Stateside Criteria
- [ ] I-485 Simultaneously
- [ ] 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my:
- [ ] Husband/Wife
- [ ] Parent
- [ ] Brother/Sister
- [x] Child

2. Are you related by adoption?
- [ ] Yes
- [x] No

3. Did you gain permanent residence through adoption?
- [ ] Yes
- [ ] No

## B. Information about you

1. Name (Family name in CAPS)     (First)     (Middle)
**TAYAG, Efren Zapata**

2. Address (Number and Street)     (Apartment Number)
**518 Minna Street     502**

(Town or City)     (State/Country)     (ZIP/Postal Code)
**San Francisco     CA USA     94103**

3. Place of Birth (Town or City)     (State/Country)
**Manila     Philippines**

4. Date of Birth (Mo/Day/Yr)     5. Sex     6. Marital Status
**07-20-38**     [x] Male [ ] Female     [x] Married [ ] Widowed [ ] Single [ ] Divorced

7. Other Names Used (including maiden name)
**None**

8. Date and Place of Present Marriage (if married)
**01-16-95; Caloocan City Philippines**

9. Social Security Number     10. Alien Registration Number (if any)
**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     41-240-867**

11. Names of Prior Husbands/Wives     12. Date(s) Marriage(s) Ended
**Estelita Pineda     12-15-94**

13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
- [ ] Birth in the U.S.
- [ ] Naturalization (Give number of certificate, date and place it was issued)

- [ ] Parents

Have you obtained a certificate of citizenship in your own name?
- [ ] Yes
- [ ] No

If "Yes", give number of certificate, date and place it was issued

14a. If you are a lawful permanent resident alien, complete the following:
Date and place of admission for, or adjustment to, lawful permanent residence, and class of admission:
**02-01-87 Chicago, IL**

14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?
- [ ] Yes
- [x] No

## C. Information about your alien relative

1. Name (Family name in CAPS)     (First)     (Middle)
**TAYAG, Marie Cynthia Kristel Engay**

2. Address (Number and Street)     (Apartment Number)
**11B City Camp Alley**

(Town or City)     (State/Country)     (ZIP/Postal Code)
**Baguio City     Philippines**

3. Place of Birth (Town or City)     (State/Country)
**Baguio City     Philippines**

4. Date of Birth (Mo/Day/Yr)     5. Sex     6. Marital Status
**07-27-85**     [ ] Male [x] Female     [ ] Married [ ] Widowed [x] Single [ ] Divorced

7. Other Names Used (including maiden name)
**None**

8. Date and Place of Present Marriage (if married)
**N/A**

9. Social Security Number     10. Alien Registration Number (if any)
**None     None**

11. Names of prior Husbands/Wives     12. Date(s) Marriage(s) Ended
**None**

13. Has your relative ever been to the U.S.?
- [x] Yes
- [ ] No

14. If your relative is currently in the U.S., complete the following: He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
**N/A**

Arrival/Departure Record (I-94) Number     Date arrived (Month/Day/Year)
| | | | | | | | | | | | | |

Date authorize stay expired, or will expire as shown on Form I-94 or I-95

15. Name and address of present employer (if any)
**N/A**

Date this employment began (month/day/year)

16. Has your relative ever been under immigration proceedings?
- [ ] Yes  [x] No  Where _____  When _____
- [ ] Exclusion  [ ] Deportation  [ ] Rescission  [ ] Judicial Proceedings

0158

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | | |
|---|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |

Form I-130 (Rev. 10/13/98)N

**(Continued) Information about your alien relative**

5. List husband/wife and all children of your alien relative    (if your relative is your husband/wife, list only his or her children)

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| N/A | | | |

Address in the United States where your relative intends to reside
(Number and Street)

| | (Town or City) | (State) |
|---|---|---|
| 518 Minna Street, Apt No 502 | San Francisco | CA |

Your relative's address abroad
(Number and Street)

| | (Town or City) | (Province) | (Country) | (Phone) |
|---|---|---|---|---|
| 11B City Camp Alley | Baguio City | | Philippines | 074-445-4703 |

If your relative's native alphabet is other than Roman letters, write his/her name and address abroad in the native alphabet:

| (Name) | (Number and Street) | (Town or City) | (Country) |
|---|---|---|---|
| N/A | | | |

If filing for your husband/wife, give last address at which you both lived together:

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) | From (Month) (Year) | To (Month) (Year) |
|---|---|---|---|---|---|---|

Check the appropriate box below and give the information required for the box you checked:

■ Your relative will apply for a visa abroad at the American Consulate in ___**Manila, Phillipines**___
                                                         (City)                              (Country)

☐ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and
Naturalization Service at _____. If your relative is not eligible for adjustment of status, he or she will
                              (City)                (State)

apply for a visa abroad at the American Consulate in _____
                                                         (City)                              (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate.
Acceptance is at the discretion of the designated consulate.)

## Other Information

If separate petitions are also being submitted for other relatives, give names of each and relationship.

Have you ever filed a petition for this or any other alien before?    ☐ Yes    ■ No
If "Yes" give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**Your Certification:** I certify under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature X _~~Eunyk es~~_ _____ Date _2/5/03_ Phone Number _846-2793_

**Signature of Person Preparing Form if Other than Above**
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Charles E Nichol            Law Office of Charles E. Nichol, 350 Sansome Street, Suite 620
                            San Francisco CA 94104
Print Name _____ (Address) _____ (Signature) _Chrls C Nell_ (Date) _02/05/03_

0158

G-28 ID Number _____

Volag Number _____

Form I-130 (Rev. 10/12/99)N

## NOTICE TO PERSONS FILING FOR SPOUSES IF MARRIED LESS THAN TWO YEARS

Pursuant to section 216 of the Immigration and nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by an officer of the Immigration and Naturalization Service. Both you and your conditional permanent resident spouse are required to file a petition, Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the ninety day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent residence.

Otherwise, the rights, privileges, responsibilities and duties which apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, to file petitions in behalf of qualifying relatives, or to reside permanently in the United States as an immigrant in accordance with the immigration laws.

> **Failure to file Form I-751, Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status, will result in termination of permanent residence status and initiation of deportation proceedings.**

**NOTE:** You must complete Items 1 through 6 to assure that petition approval is recorded. Do not write in the section below item 6.

| 1. Name of relative (Family name in CAPS) (First) (Middle) <br> TAYAG    Marie Cynthia Kristel Engay |
|---|
| 2. Other names used by relative (Including maiden name) <br> None |
| 3. Country of relative's birth <br> Philippines |

4. Date of relative's birth (Month/Day/Year)
07-27-85

| 5. Your name (Last name in CAPS) (First) (Middle) <br> TAYAG, Efren Zapata |
|---|

6. Your Phone Number
846-2793

Action Stamp

SECTION
- [ ] 201 (b)(spouse)
- [ ] 201 (b)(child)
- [ ] 201 (b)(parent)
- [ ] 203 (a)(1)
- [ ] 203 (a)(2)
- [ ] 203 (a)(4)
- [ ] 203 (a)(5)

DATE PETITION FILED

- [ ] STATESIDE CRITERIA GRANTED

SENT TO CONSUL AT:

### CHECKLIST

**Have you answered each question?**
**Have you signed the petition?**
**Have you enclosed:**

- [ ] The filing fee for each petition?
- [ ] Proof of your citizenship or lawful permanent residence?
- [ ] All required supporting documents for each petition?

**If you are filing for your husband or wife have you included:**

- [ ] Your picture?
- [ ] His or her picture?
- [ ] Your G-325A?
- [ ] His or her G-325A?

0158

Relative Petition Card
Form I-130 (REV. 10/13/98)N

# EXHIBIT B

```
            US DHS
         SAN FRANCISCO
      RETAIN THIS RECEIPT

      9:27AM     Dec  9/04
      00-0000 001    SFR-AD
      #08939

      A #         000000000
      Last Name       TAYAG
      First Name
                 MARIA CHITA

      I-765        $175.00
      I-130 SPOUSE$185.00
      I-485        $315.00
      FP-Fee/FD258 $70.00

      Check        $745.00

      ⚹Official⚹
      ⚹Document⚹
```

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
630 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111


MARIA CHITA TAYAG
EFREN ZAPATA TAYAG
388 - 5TH STREET, APT. #2
SAN FRANCISCO, CA 94107

FILE NUMBER: A  98 257 647
DATE:  03/29/2005


Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION:            630 SANSOME STREET, ROOM 255
                            SAN FRANCISCO, CA 94111

DATE AND TIME:              04/21/2005
                            08 : 20 AM

OFFICER:                    D91 WRIGHT
                            BD6

REASON FOR APPOINTMENT:     APPLICATION FOR ADJUSTMENT OF STATUS

**THIS INTERVIEW WILL BE VIDEO TAPED.**

PLEASE BRING ALL ITEMS THAT ARE CHECKED (X) TO THE INTERVIEW.

- [X] Thisletter, all passports, your I-94 arrival/departure form,if any, and
  INS approval notices and INS issued documents.

- [X] Current photo I.D and proof of petitioners U.S.Citizenship /Lawful
  Resident status. PETITIONERS MUST APPEAR IN SPOUSAL CASES.

- [X] A Current letter of employment for both spouses showing rate of pay and
  hours per week.

- [X] The three (3) most current Federal 1040 Tax Returns and W-2's.

- [X] Evidence supporting bona fides of the marital relationship, e.g. photos,
  bank stmts., leases, insurance policies, other.

- [X] Certified, complete court records for any arrests. Original
  birth/marriage/divorce certificates for you, spouse, children.

- [X] If you do not wish to surrender originals, bring legible photo copies.


DUE TO SECURITY PROCEDURES, PLEASE ARRIVE 30 MINUTES EARLY with a valid
PASSPORT; STATE I.D., OR INS ISSUED VALID EAD OR PERMANENT RESIDENT CARD.
Failure to appear or to bring requested documents may result in delay or denial
of your application. If you do not appear on time you may rescheduled.

If you do not speak English, you must bring a disinterested 3rd party to
interpret, with valid ID (Not attorney or petitioner)
ATTORNEY NOTIFIED:  *LAW OFFICE OF CHARLES E. NICHOL*                    PC10

U. ___epartment of Homeland Security
Sa... Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

MARIA CHITA ENGAY TAYAG      A98 257 647                          E-11(T)

□ **HAND-DELIVERED to applicant**                          4/21/2005

THIS LETTER IS IN REFERENCE TO YOUR APPLICATION FOR PERMANENT RESIDENCE.
YOUR CASE HAS BEEN CONTINUED FOR THE REASON(S) CHECKED BELOW.
☑ Visa Availability    ☐ Fingerprints   ☐ Security Clearance(s)   ☐ A-file(s)   ☒ Further Review
☑ Documentation (listed below)    ☐ Other:

**IT IS REQUESTED THAT YOU SUBMIT THE FOLLOWING DOCUMENTS:**

* NEED RESULTS OF COURT CASE IN PHILIPPINES (APRIL 29, 2005)

YOU ARE ADVISED THAT YOU ARE GRANTED A PERIOD OF **NINETY (90)** DAYS FROM THE DATE
OF THIS LETTER TO SUBMIT THE REQUESTED DOCUMENTS.

FAILURE TO COMPLY WITH THIS REQUEST WILL BE DEEMED GROUNDS FOR **DENIAL** OF YOUR
APPLICATION FOR LACK OF PROSECUTION.

Sincerely,

**PLEASE SEND REQUESTED DOCUMENTS
WITH A COPY OF THIS LETTER TO:**

Citizenship and Immigration Service
630 Sansome Street, Room 200
David N. Still                                    San Francisco, CA 94111
District Director                                 ATTN: E11 / T

cc:

www.dhs.gov

OMB #1115-0053

**U.S. Department of Justice**
Immigration and Naturalization Service

For  I-485, Application to Register
Permanent Residence or Adjust Status

## START HERE - Please Type or Print

| Part 1. Information about you. | | Middle Name: Engay |
|---|---|---|

| Family Name | TAYAG | Given Name | Maria Chita | Middle Initial | E |
|---|---|---|---|---|---|

Address - C/O

| Street Number and Name | P.O. Box 347333 | Apt. # | |
|---|---|---|---|

| City | San Francisco |
|---|---|

| State | CA | Zip Code | 94134 |
|---|---|---|---|

| Date of Birth (month/day/year) | 04-08-57 | Country of Birth | Philippines |
|---|---|---|---|

| Social Security # | None | A # (if any) | None |
|---|---|---|---|

| Date of Last Arrival (month/day/year) | 12-10-03 | I-94 # | 20307763810 |
|---|---|---|---|

| Current INS Status | B-1/2 | Expires on (month/day/year) | 03-09-04 |
|---|---|---|---|

## Part 2. Application Type. *(check one)*

I am applying for adjustment to permanent resident status because:

a. ■ an immigrant petition giving me an immediately available immigrant visa number has been approved.(Attach a copy of the approval notice—or a relative,special immigrant juvenile, or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. ☐ My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐ I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e). (Attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☐ I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐ I am a native or citizen of Cuba admitted or paroled into the U. S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐ I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐ I have continously resided in the U.S. since before January 1, 1972.

h. ☐ Other basis of eligibility.Explain.(If additional space is needed, use a separate piece of paper.)

am already a permanent resident and am applying to have the date I was granted permanent esidence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as f May 2, 1964, whichever date is later, and: *(Check one)*

i. ☐ I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐ I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

---

**FOR INS USE ONLY**

| Returned | Receipt |
|---|---|

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☐ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

**Preference**

**Action Block**

**To Be Completed by**
*Attorney or Representative,* if any
■ Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License # **CA 146271**

## Part 3.    Processing Information

| | |
|---|---|
| A. City/Town/Village of birth    **Sorsogon** | Current occupation    **Unemployed** |
| Your Mother's First Name    **Paz** | Your Father's First Name    **Antimo** |

Give your name exactly as it appears on your Arrival /Departure Record (Form I-94)
**Marla Chita Engay Tahoori**

| | |
|---|---|
| Place of Last Entry Into the U.S. (City/State)    **Los Angeles, CA** | In what status did you last enter?  *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)* |
| Were you inspected by a U.S. Immigration Officer?    ■ Yes  ☐ No | **Visitor** |
| Nonimmigrant Visa Number    **19983639210002** | Consulate where Visa was issued    **Manila** |
| Date Visa Was Issued (month/day/year)    **01-04-99** | Sex:  ☐ Male  ■ Female | Marital Status:  ■ Married  ☐ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S?  ■ No  ☐ Yes  If you checked "Yes," give date and place of filing and final disposition.

**B.** List your present husband/wife, all your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper.)

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
|---|---|---|---|
| **Tayag** | **Efren** | **Zapata** | **07-20-38** |
| Country of birth **Philippines** | Relationship **Spouse** | A # **A41-240-867** | Applying with you?  ☐ Yes  ■ No |
| Family Name **Tayag** | Given Name **Marie Cynthia Kristel** | Middle Initial **Engay** | Date of Birth (month/day/year) **07-27-85** |
| Country of birth **Philippines** | Relationship **Daughter** | A # **None** | Applying with you?  ☐ Yes  ■ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) |
| Country of birth | Relationship | A # | Applying with you?  ☐ Yes  ☐ No |

C. List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none write "none". Include the name(s) of organization(s), location(s), dates of membership from and to, and the nature of the organization (s). If additional space is needed, use a separate piece of paper.

None

# Part 3.    Processing Information.    *(Continued)*

Please answer the following questions. (If your answer is "Yes" to any of these questions, explain on a separate piece of paper.  Answering  "Yes" does not necessarily mean that you are not entitled to adjust your status or register for permanent residence.)

1. Have you ever, in or outside the U.S.:

   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?  ☐ Yes  ■ No

   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?  ☐ Yes  ■ No

   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?  ☐ Yes  ■ No

   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U.S.?  ☐ Yes  ■ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future?  ☐ Yes  ■ No

3. Have you ever:

   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?  ☐ Yes  ■ No

   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?  ☐ Yes  ■ No

   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?  ☐ Yes  ■ No

   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the trafficking of any controlled substance?  ☐ Yes  ■ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?  ☐ Yes  ■ No

5. Do you intend to engage in the U.S. in:

   a. espionage?  ☐ Yes  ■ No

   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?  ☐ Yes  ■ No

   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ■ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ■ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national orgin or political opinion?  ☐ Yes  ■ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ■ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ■ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ■ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ■ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not complied with that requirement or obtained a waiver?  ☐ Yes  ■ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ■ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ■ No

**Part 4.    Signature.**    *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit I am seeking.

**Selective Service Registration.** The following applies to you if you are a man at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System: I understand that my filing this adjustment of status with the Immigration and Naturalization Service authorizes the INS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon INS acceptance of my application, I authorize INS to transmit to the Selective Service System my name, address, Social Security number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, the INS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| *McElroyn* | Maria Chita Engay Tayag | Oct. 29, 2001 | 415-846-2793 |

415-271-0243 MC
al phone

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.    Signature of person preparing form if other than above.**    *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Day time Phone Number |
|---|---|---|---|
| *Charles E. Nichol* | Charles E Nichol | 10/29/01 | 415-362-4088 |

**Firm Name and Address**    Law Office of Charles E. Nichol, 350 Sansome Street, Suite 620 San Francisco CA 94104

0329

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0054
**Petition for Alien Relative**

| DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY | | |
|---|---|---|
| A# | Action Stamp | Fee Stamp |

**Section of Law/Visa Category**
- [ ] 201 (b) spouse - IR-1/CR-1
- [ ] 201 (b) child - IR-2/CR-2
- [ ] 201 (b) parent - IR-5
- [ ] 203(a)(1) Unm. S or D - F1-1
- [ ] 203(a)(2)(A)Spouse - F2-1
- [ ] 203(a)(2)(A)Child - F2-2
- [ ] 203(a)(2)(B) Unm. S or D - F2-4
- [ ] 203(a)(3)Married S or D - F3-1
- [ ] 203(a)(4)Brother/Sister - F4-1

Petition was filed on: _____ (priority date)
- [ ] Personal Interview
- [ ] Pet. [ ] Ben. "A" File Reviewed
- [ ] Field Investigations
- [ ] 203(a)(2)(A)Resolved
- [ ] Previously Forwarded
- [ ] I-485 Filed Simultaneously
- [ ] 204(g) Resolved
- [ ] 203(g) Resolved

Remarks:

## A. Relationship    You are the petitioner; your relative is the beneficiary.

**1. I am filing this petition for my:**
- [x] Husband/Wife [ ] Parent [ ] Brother/Sister [ ] Child

**2. Are you related by adoption?**
- [ ] Yes [x] No

**3. Did you gain permanent residence through adoption?**
- [ ] Yes [x] No

## B. Information about you

**1. Name** (Family name in CAPS) (First) (Middle)
TAYAG, Efren Zapata

**2. Address** (Number and Street) (Apt. No.)
995 Howard Street    205

(Town or City) (State/Country) (ZIP/Postal Code)
San Francisco    CA USA    94103

**3. Place of Birth** (Town or City) (State/Country)
Manila    Phillipines    Phillipines

**4. Date of Birth** (Month/Day/Year)
07/20/1938

**5. Gender**
- [x] Male
- [ ] Female

**6. Marital Status**
- [x] Married [ ] Single
- [ ] Widowed [ ] Divorced

**7. Other Names Used** (including maiden name)
None

**8. Date and Place of Present Marriage** (if married)
01/16/1996; Caloocan City Philippines

**9. Social Security Number** (if any)
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

**10. Alien Registration Number**
A41-240-867

**11. Name(s) of Prior Husband(s)/Wive(s)**
Estelita Pineda

**12. Date(s) Marriage(s) Ended**
09/09/1994

**13. If you are a U.S. citizen, complete the following:**
My citizenship was acquired through (check one)
- [ ] Birth in the U.S.
- [x] Naturalization. (Give certificate number and date and place of issuance.)
  28219534 05/18/2004 San Francisco, CA
- [ ] Parents. Have you obtained a certificate of citizenship in your own name?
  - [ ] Yes. Give certificate number, date and place of issuance [ ] No

**14a. If you are a lawful permanent resident alien, complete the following:** Date and place of admission for, or adjustment to, lawful permanent residence and class of admission:

**14b. Did you gain permanent resident status through marriage to a United States citizen or lawful permanent resident?**
- [ ] Yes [x] No

## C. Information about your alien relative

**1. Name** (Family name in CAPS) (First) (Middle)
TAYAG, Marla Chita Engay

**2. Address** (Number and Street) (Apt. No.)
995 Howard Street    205

(Town or City) (State/Country) (ZIP/Postal Code)
San Francisco    CA USA    94103

**3. Place of Birth** (Town or City) (State/Country)
Sorsogon    Philippines

**4. Date of Birth** (Month/Day/Year)
04/08/1957

**5. Gender**
- [ ] Male
- [x] Female

**6. Marital Status**
- [x] Married [ ] Single
- [ ] Widowed [ ] Divorced

**7. Other Names Used** (including maiden name)
Marla Chita Engay Tahoori

**8. Date and Place of Present Marriage** (if married)
01/16/1996; Caloocan City Philippines

**9. Social Security Number** (if any)
None

**10. Alien Registration Number**
None

**11. Name(s) of prior Husband(s)/Wive(s)**
None

**12. Date(s) Marriage(s) Ended**
None

**13. Has your relative ever been to the U.S.?**
- [x] Yes [ ] No

**14. If your relative is currently in the U.S., complete the following:**
He or she last arrived as a: (visitor, student, stowaway, without inspection, etc.)
Visitor

Arrival/Departure Record (I-94) Number
2 0 3 0 7 7 6 3 8 1 0

Date arrived (Month/Day/Year)
12/10/2003

Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
03-09-04

**15. Name and address of present employer** (if any)
Unemployed

Date this employment began (Month/Day/Year)
12-2003

**16. Has your relative ever been under immigration proceedings?**
- [x] No [ ] Yes Where _____ When _____
- [ ] Removal [ ] Exclusion/Deportation [ ] Rescission [ ] Judicial Proceedings

INITIAL RECEIPT _____ RESUBMITTED _____ RELOCATED: Rec'd _____ Sent _____ COMPLETED: Appv'd _____ Denied _____ Ret'd _____

0329/0184

Form I-130 (Rev. 03/19/02)Y

## C. Information about your alien relative (continued)

17. List husband/wife and all children of your relative

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| Efren Zapata Tayag | Spouse | 07/20/1938 | Philippines |
| Marie Cynthia Kristel Engay Tayag | Daughter | 07/27/1985 | Philippines |

18. Address in the United States where your relative intends to live.

| (Street Address) | (Town or City) | (State) |
|---|---|---|
| 995 Howard Street, Apt No 205 | San Francisco | CA |

19. Your relative's address abroad.(include street, city, province and country)

995 Howard Street, Apt No 205, San Francisco, CA, USA

Phone Number (if any))
415-978-2706

20. If your relative's native alphabet is other than Roman letters, write his or her name and foreign address in the native alphabet:

(Name)    Address (include street, city, province and country):

N/A

21. If filing for your husband/wife, give last address at which you both lived together. (Include street, city, province, if any, and country)

From: (Month) (Year)    To: (Month) (Year)

22. Complete the information below if your relative is in the United States and will apply for adjustment of status

Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident at the office of the Immigration and Naturalization Service in   **San Francisco, CA**   . If your relative is not eligible for adjustment of status, he or she

(City)    (State)

will apply for a visa abroad at the American consular post in

(City)    (Country)

NOTE: Designation of an American Embassy or consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that post. Acceptance is at the discretion of the designated embassy or consulate.

## D. Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before? ■ Yes ☐ No
If "Yes" give name, place and date of filing, and result.

Marie Cynthia Kristel Tayag    *See Addenda*    02/28/2003 Still pending

**WARNING:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**PENALTIES:** By law, you may be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. In addition, you may be fined up to $10,000 and imprisoned for up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**YOUR CERTIFICATION:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

E. Signature of Petitioner

Date 10/29/04   Phone Number   415-978-2706

F. Signature of Person preparing this form, if other than the petitioner

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name   Charles E Nichol    Signature _Charles E. Nichol_   Date 10/29/04

Address   Law Office of Charles E. Nichol, 350 Sansome Street, Suite 620, San Francisco, CA 94104

G-28 ID or VOLAG Number, if any.

Form I-130 (Rev. 03/19/02)Y Page 2

0329/0184

Case 3:08-cv-02815-EMC    Document 1    Filed 06/05/2008    Page 19 of 20

I-130
None
0329

D2. List of individuals for whom petitions were previously filed.

| Name | Place of filing | Date | Results |
|---|---|---|---|
| Marie Cynthia Kristel Tayag | California Service Center | 02/28/2003 | Still pending |

% JS 44  (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

Efren Tayag and Maria Tayag

## DEFENDANTS

Rosemary Melville and Michael B. Mukasey

**(b)** County of Residence of First Listed Plaintiff San Francisco
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
(415) 956-4765

Attorneys (If Known)

U.S. Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1  U.S. Government Plaintiff
- [X] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury — | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | Act | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 730 Labor/Mgmt.Reporting | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | | [ ] 892 Economic Stabilization Act |
| | | | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 791 Empl. Ret. Inc. | [ ] 870 Taxes (U.S. Plaintiff | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | Security Act | or Defendant) | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | | [ ] 871 IRS—Third Party | Act |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | 26 USC 7609 | [ ] 900Appeal of Fee |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | | Determination |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities – | [ ] 540 Mandamus & Other | **IMMIGRATION** | | Under Equal Access |
| | Employment | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | | to Justice |
| | [ ] 446 Amer. w/Disabilities – | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – | | [ ] 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | [ ] 440 Other Civil Rights | | [X] 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from another district (specify)
- [ ] 6  Multidistrict Litigation
- [ ] 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1331, 5 USC 701-706

Brief description of cause:
complaint for declaratory judgment and injunction

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE

DATE  6/5/08

SIGNATURE OF ATTORNEY OF RECORD